# United States District Court
### EASTERN DISTRICT OF CALIFORNIA



FILED
OCT 24 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| vs. | ) | Case No. 1:17-CR-185-LJO-SKO-1 |
| Alfonso Arreguin Alvarado | ) | |
| | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Alfonso Arreguin Alvarado, have discussed with Dan Stark, Pretrial Services Officer, modifications of my release conditions as follows:

To modify the conditions of release to add the following condition: You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All previous ordered conditions of release, not in conflict, shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10/17/17          _____  10/17/2017
Signature of Defendant    Date              Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    10/18/2017
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    10/18/17
Signature of Defense Counsel                Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on 10/24/17.
[ ] The above modification of conditions of release is *not* ordered.

_____                    10/24/17
Signature of Judicial Officer              Date

cc: U.S. Attorney=s Office, Defense Counsel, Pretrial Services