HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ALFONSO ARREGUIN ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-0185-LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON** |
| vs. | |
| ALFONSO ARREGUIN ALVARADO, | Date: June 17, 2019<br>Time: 8:30 a.m. |
| Defendant. | Judge: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing set for Monday, April 8, 2019 at 8:30 a.m., before the Honorable Lawrence J. O'Neill, be continued to Monday, June 17, 2019 at 8:30 a.m.

The parties wish to continue sentencing in this matter in order to facilitate the preparation of a Presentence Report (PSR) by U.S. Probation. This case was transferred to a probation officer out of the Sacramento office, due to limited staff availability in Fresno. The probation officer has not yet had the opportunity to interview Mr. Alvarado, and therefore cannot draft the PSR. Defense counsel is working with the probation officer to arrange a telephonic interview with Mr. Alvarado and the probation officer, so that the probation officer can begin work on the report. The parties have conferred with probation to determine a schedule that will allow for the interview and drafting of the report, which is set forth below.

The parties stipulate to the following amended presentence schedule:

1. Draft Report Available to Defense Counsel and AUSA: May 6, 2019
2. Informal Objections Due to Probation and Opposing Counsel: May 20, 2019
3. Final Report Filed with Court and Disclosed to Counsel: May 28, 2019
4. Formal Objections Filed with Court and Served on All Parties: June 4, 2019
5. Judgment and Sentencing Date: June 17, 2019

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: March 22, 2019    /s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
ALFONSO ARREGUIN ALVARADO

MCGREGOR SCOTT
United States Attorney

DATED: March 22, 2019    /s/ Laurel Montoya
LAUREL MONTOYA
Assistant U.S. Attorney
Attorney for Plaintiff

# O R D E R

GOOD CAUSE APPEARING, the sentencing hearing set for Monday, April 8, 2019 at 8:30 a.m., before the Honorable Lawrence J. O'Neill, is continued to Monday, June 17, 2019 at 8:30 a.m. The presentence schedule shall be amended as set forth above.

IT IS SO ORDERED.

Dated:  **March 22, 2019**       /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE